# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

============================

## ON MOTION FOR REHEARING

============================

## NO. 03-07-00689-CV

### Crandall Medical Consulting Services, Inc., Appellant

### v.

### John A. Harrell, Appellee

## FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
## NO. C2007-0109C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

For the reasons stated in my dissent to the panel's original opinion, *see Crandall Med. Consulting Servs., Inc. v. Harrell*, No. 03-07-00689-CV, 2009 Tex. App. LEXIS 868, at \*29-36 (Tex. App.—Austin Feb. 5, 2009, no pet. h.) (mem. op.) (Waldrop, J., dissenting), I would grant Appellant's Motion for Rehearing, and would reverse the judgment of the district court and remand for further proceedings.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Filed:   March 4, 2009